THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE ANDREW FOSTER, JR.**
**ADC #142627**                                                                                                     **PLAINTIFF**

v.                                         Case No. 4:24-cv-00189-KGB

**MARY MENA, Grievance Officer,**
**Tucker Maximum Security Unit,** *et al.*                                                    **DEFENDANTS**

## ORDER

Before the Court are a Recommended Disposition ("Recommendation") submitted by United States Magistrate Edie R. Ervin (Dkt. No. 4) and several pending motions filed by plaintiff Lee Andrew Foster, Jr. (Dkt. Nos. 6–8). Mr. Foster filed objections to the Recommendation (Dkt. No. 5). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. Mr. Foster's complaint is dismissed without prejudice (Dkt. No. 2). The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court construes Mr. Foster's pending motion for "judgment on objection to recommended disposition" (Dkt. No. 6) and motion for an Order (Dkt. No. 8) as requests for status reports in this matter, and the Court considers this Order as sufficient to grant the relief requested in those motions. Mr. Foster's other pending motion, styled as a motion to comply, is denied as moot (Dkt. No. 7).

It is so ordered this 27th day of January, 2025.

Kristine G. Baker
Chief United States District Judge